Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INVISTA B.V., INVISTA S.à r.l., INVISTA
TEXTILES (U.K.), INVISTA (Nederland) B.V.,
INVISTA (Canada) COMPANY, INVISTA Brasil
Indústria E Comércio de Fibras Ltda., INVISTA
(International) S.à r.l., INVISTA NORTH
AMERICA S.à r.l., and INVISTA
TECHNOLOGIES S.à r.l.,

                        Plaintiffs,

          -v-

E.I. DU PONT DE NEMOURS AND COMPANY,

                        Defendant.

------------------------------------------------------------X

JUDGE STEIN

08 CV 3063

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs INVISTA B.V.,

INVISTA S.à r.l., INVISTA TEXTILES (U.K.), INVISTA (Nederland) B.V., INVISTA (Canada)

COMPANY, INVISTA Brasil Indústria E Comércio de Fibras Ltda.., INVISTA (International)

S.à r.l., INVISTA NORTH AMERICA S.à r.l., and INVISTA TECHNOLOGIES S.à r.l. each state

that each is directly or indirectly owned by Koch Industries, Inc., which is a privately held corporation.

Dated:       New York, New York
             March 26, 2007

                                 CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

                                 By: _____
                                 Benard V. Preziosi, Jr. (BP-5715)
                                 Attorneys for Plaintiffs
                                 101 Park Avenue
                                 New York, New York  10178-0061
                                 Telephone: (212) 696-6000
                                 Fax: (212) 697-1559

                                 Attorneys for Plaintiffs

OF COUNSEL
Harry L. Manion III
COOLEY MANION JONES LLP
21 Custom House Street
Boston, Massachusetts 02110
Telephone: (617) 737-3100
Fax: (617) 737-0374