Benard V. Preziosi, Jr. (BP - 5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                               :

INVISTA B.V., et al.                         :

                  Plaintiffs,      :

                              :

        v.                     :        08 CV 3063 (SHS)
                              :        **MOTION TO ADMIT COUNSEL**
                              :        **PRO HAC VICE**

E.I. DU PONT DE NEMOURS AND COMPANY,  :

                  Defendant.     :

                              :
----------------------------------------------------------x

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Benard V. Preziosi, Jr., a member

in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro

hac vice of

        Martin F. Gaynor, III
        Cooley Manion Jones LLP
        21 Custom House Street
        Boston, Massachusetts 02110-3536
        Phone Number:  (617) 737-3100
        Fax Number:  (617) 737-3113

Martin F. Gaynor, III is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against Martin F. Gaynor, III in any State or Federal court.

Dated: April 1, 2008
New York, New York

Respectfully submitted,

Benard V. Preziosi, Jr. (BP-5715)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 696-6198
Fax: (212) 697-1559

-2-

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                             :

INVISTA B.V., et al.                 :
                             :

             Plaintiffs,      :

                             :

      v.                    :     08 CV 3063 (SHS)
                             :     **AFFIDAVIT OF**
                             :     **BENARD V. PREZIOSI**
                             :     **IN SUPPORT OF MOTION**
                             :     **TO ADMIT COUNSEL**
E.I. DU PONT DE NEMOURS AND COMPANY, :     **PRO HAC VICE**
                             :

             Defendant.     :

                             :
-----------------------------------------------------------x

STATE OF NEW YORK      )
                         )   ss.:
COUNTY OF NEW YORK  )

        BENARD V. PREZIOSI, being duly sworn, hereby deposes and says:

      1.     I am a member of the firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Martin F. Gaynor, III as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on June 1, 1983.  I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      Martin F. Gaynor, III is a partner at Cooley Manion Jones LLP, in Boston, Massachusetts.  He is a member in good standing of the Bar of the State of Massachusetts.  (A certified copy of Mr. Gaynor's certificate of good standing in the Bar of Massachusetts is attached hereto as Exhibit A.)

4.      I have been working with Mr. Gaynor in connection with this matter and have found him to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.      Accordingly, I am pleased to move for the admission of Mr. Gaynor, pro hac vice.

6.      I respectfully submit a proposed order granting the admission of Mr. Gaynor, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Martin F. Gaynor, III pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Respectfully submitted,

_____
Benard V. Preziosi, Jr. (BP-5715)

Sworn to before me on
April 1, 2008

_____
NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 31-4841199
Qualified in New York County
Commission Expires Oct. 31, 2009

-2-

EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1993** , said Court being the highest Court of Record in said Commonwealth:

## Martin F. Gaynor, III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **March** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

EXHIBIT B

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
          COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
INVISTA B.V., et al.                                         :
                                                             :
                              Plaintiffs,                    :
                                                             :
              v.                                             :        08 CV 3063 (SHS)
                                                             :        **ORDER FOR ADMISSION**
E.I. DU PONT DE NEMOURS AND COMPANY,   :        **PRO HAC VICE**
                                                             :        **ON WRITTEN MOTION**
                              Defendant.                     :
                                                             :
-------------------------------------------------------------x

          Upon the motion of Benard V. Preziosi, Jr., attorney for Plaintiffs INVISTA B.V.

et al. and said sponsor attorney's affidavit in support;

          **IT IS HEREBY ORDERED** that

          Martin F. Gaynor, III
          Cooley Manion Jones LLP
          21 Custom House Street
          Boston, Massachusetts 02110-3536
          Phone Number:  (617) 737-3100
          Fax Number:  (617) 737-3113
          Email Address:  mgaynor@cmjlaw.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of the Court.


Dated: _____, 2008
       New York, New York


_____
United States District /Magistrate Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        Joseph F. Clyne, being duly sworn, deposes and says:

        I am over eighteen years of age and am not a party to this action.

        On April 1, 2008, I served a copy of the attached Motion To Admit Counsel Pro

Hac Vice by First Class Mail upon:

        E.I. DuPont de Nemours and Company
        1007 N. Market Street
        Wilmington, DE  19898

                                              JOSEPH F. CLYNE

Sworn to before me this
1st day of April, 2008

Notary Public

            JOAN E. MEZZACAPPA
         Notary Public, State Of New York
             No. 01ME4833093
          Qualified In New York County
      Commission Expires June 30, 20 11

4472410v1