Benard V. Preziosi, Jr. (BP - 5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

INVISTA B.V., et al.

                Plaintiffs,

v.                                                              08 CV 3063 (SHS)
                                                                **MOTION TO ADMIT COUNSEL**
                                                                **PRO HAC VICE**
E.I. DU PONT DE NEMOURS AND COMPANY,

                Defendant.

-----------------------------------------------------------x

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Benard V. Preziosi, Jr., a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

       Mary Katherine Geraghty
       Cooley Manion Jones LLP
       21 Custom House Street
       Boston, Massachusetts 02110-3536
       Phone Number: (617) 737-3100
       Fax Number: (617) 737-3113

-2-

      Mary Katherine Geraghty is a member in good standing of the Bars of the States of Massachusetts and Maryland. There are no pending disciplinary proceedings against Mary Katherine Geraghty in any State or Federal court.

Dated: April 1, 2008
New York, New York

                                                        Respectfully submitted,

                                                        Benard V. Preziosi, Jr. (BP-5715)
                                                        Curtis, Mallet-Prevost, Colt & Mosle LLP
                                                        101 Park Avenue
                                                        New York, New York 10178
                                                        Phone: (212) 696-6198
                                                        Fax: (212) 697-1559

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
INVISTA B.V., et al.                     :
:
                Plaintiffs,   :
:
v.                                      :        08 CV 3063 (SHS)
:        **AFFIDAVIT OF**
:        **BENARD V. PREZIOSI**
:        **IN SUPPORT OF MOTION**
E.I. DU PONT DE NEMOURS AND COMPANY, :        **TO ADMIT COUNSEL**
:        <u>**PRO HAC VICE**</u>
                Defendant.   :
:
-----------------------------------------------------------x

STATE OF NEW YORK      )
                                 ) ss:
COUNTY OF NEW YORK  )

       BENARD V. PREZIOSI, being duly sworn, hereby deposes and says:

       1.    I am a member of the firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Mary Katherine Geraghty as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on June 1, 1983. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mary Kate Geraghty is an associate at Cooley Manion Jones LLP, in Boston, Massachusetts. She is a member in good standing of the Bar of the States of Massachusetts and Maryland. (Certified copies of Ms. Geraghty's certificates of good standing in the Bars of Massachusetts and Maryland are attached hereto as Exhibits A and B.)

4. I have been working with Ms. Geraghty in connection with this matter and have found her to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Ms. Geraghty, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Ms. Geragthy, pro hac vice, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Mary Katherine Geraghty, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Respectfully submitted,

Benard V. Preziosi, Jr. (BP-5715)

Sworn to before me on
April 1, 2008

_____
NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 31-4841199
Qualified in New York County
Commission Expires Oct. 31, 2009

-2-

EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **November** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

### Mary Katherine Geraghty

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **March** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

EXHIBIT B

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 2002,

### Mary Katherine Geraghty

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of March, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

EXHIBIT C

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
INVISTA B.V., et al.                                         :
                                                             :
                    Plaintiffs,                              :
                                                             :
         v.                                                  :    08 CV 3063 (SHS)
                                                             :    **ORDER FOR ADMISSION**
E.I. DU PONT DE NEMOURS AND COMPANY,                         :    **PRO HAC VICE**
                                                             :    **ON WRITTEN MOTION**
                    Defendant.                               :
                                                             :
-------------------------------------------------------------x

Upon the motion of Benard V. Preziosi, Jr., attorney for Plaintiffs INVISTA B.V. et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Mary Katherine Geraghty
   Cooley Manion Jones LLP
   21 Custom House Street
   Boston, Massachusetts 02110-3536
   Phone Number: (617) 737-3100
   Fax Number: (617) 737-3113
   Email Address: mgeraghty@cmjlaw.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008
       New York, New York

                                                  _____
                                                  United States District /Magistrate Judge

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph F. Clyne, being duly sworn, deposes and says:

I am over eighteen years of age and am not a party to this action.

On April 1, 2008, I served a copy of the attached Motion To Admit Counsel Pro Hac Vice by First Class Mail upon:

> E.I. DuPont de Nemours and Company
> 1007 N. Market Street
> Wilmington, DE  19898

_____
JOSEPH F. CLYNE

Sworn to before me this
1st day of April, 2008

_____
Notary Public

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 20 11

4472410v1