AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

INVISTA B.V., INVISTA S.à r.l., INVISTA TEXTILES (U.K.),
INVISTA (Nederland) B.V., INVISTA (Canada) COMPANY,
INVISTA Brasil Indústria E Comércio de Fibras Ltda., INVISTA
(International) S.à r.l., INVISTA NORTH AMERICA S.à r.l., and
INVISTA TECHNOLOGIES S.à r.l.

V.

E.I. du PONT de NEMOURS AND COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3063**

**JUDGE STEIN**

TO: (Name and address of Defendant)

E.I. du PONT de NEMOURS AND COMPANY
1007 Market Street
Wilmington, Delaware 19898

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Attention: Benard Preziosi Jr. Esq.

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  /s/ Marcos Quintero

(By) DEPUTY CLERK

DATE  MAR 2 6 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me<sup>(1)</sup> | DATE<br>3/27/2008 @ 3:32 p.m. |
| NAME OF SERVER *(PRINT)*<br>Timothy C. Bennett | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Pat Esham, legal department, 1007 Market Street, Wilmington, DE 19801**

**43, F, W, 5'7", 150 pounds, blonde hair, glasses**

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[0]  Returned unexecuted:

[ ]  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/31/2008
        Date

Sworn and subscribed before me this  31
day of _____March_____, 2008

_____
Notary Public

MICHAEL T. O'ROURKE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 4, 2012

Timothy C. Bennett
O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure