USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
INVISTA B.V., et al.                                         :
                                                             :
                              Plaintiffs,                    :
                                                             :
            v.                                               :      08 CV 3063 (SHS)
                                                             :      **ORDER FOR ADMISSION**
E.I. DU PONT DE NEMOURS AND COMPANY,     :      **PRO HAC VICE**
                                                             :      **ON WRITTEN MOTION**
                              Defendant.                     :
                                                             :
-------------------------------------------------------------x

Upon the motion of Benard V. Preziosi, Jr., attorney for Plaintiffs INVISTA B.V.

et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Mary Katherine Geraghty
Cooley Manion Jones LLP
21 Custom House Street
Boston, Massachusetts 02110-3536
Phone Number:  (617) 737-3100
Fax Number:  (617) 737-3113
Email Address:  mgeraghty@cmjlaw.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of the Court.


Dated: ___4/3___, 2008
        New York, New York


_____
United States District /Magistrate Judge