UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
INVISTA B.V., et al.,                                       :   08 CV 3063 (SHS)
                                                            :
                         Plaintiffs,                        :
                                                            :   **NOTICE OF**
       v.                                                   :   **APPEARANCE**
                                                            :
E.I. DU PONT DE NEMOURS AND COMPANY,                        :
                                                            :
                         Defendant.                         :
------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Enter my appearance as counsel in this case for Defendant E.I. DU PONT DE NEMOURS AND COMPANY. I certify that I am admitted to practice in the Southern District of New York.

Dated: April 10, 2008
      New York, New York

                                  BOIES, SCHILLER & FLEXNER LLP

                                By: _____
                                Robert J. Dwyer (RD 6457)
                                575 Lexington Avenue
                                New York, NY 10022
                                Phone: (212) 303-3524
                                *Attorneys for Defendant*