```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

INVISTA B.V., et al.,

                Plaintiffs,

    v.

E.I. DU PONT DE NEMOURS AND COMPANY,

                Defendant.
----------------------------------------x

08 CV 3063 (SHS)

STIPULATION AND
PROPOSED ORDER

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the time for Defendant to file an Answer or otherwise respond to Plaintiffs' Complaint is extended from April 16, 2008 to and including May 16, 2008.

Dated:    New York, New York
           April 11, 2008

BOIES, SCHILLER & FLEXNER LLP

By: _____
Robert J. Dwyer (RD-6457)
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
*Attorneys for Defendant*

COOLEY MANION JONES LLP

By: _____
Harry L. Manion III
21 Custom House Street
Boston, Massachusetts 02110
Tel: (617) 737-3100
Fax: (617) 737-0374

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 696-6000
Fax: (212) 697-1559
*Attorneys for Plaintiffs*

SO ORDERED: _____
U.S.D.J.
April 14, 2008