**ORIGINAL**

Robert J. Dwyer (RD - 6457)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
INVISTA B.V., et al.,                  :   08 CV 3063 (SHS)
:
Plaintiffs,      :
:   **MOTION TO ADMIT**
v.                              :   **COUNSEL PRO HAC VICE**
:
E.I. DU PONT DE NEMOURS AND COMPANY, :
:
Defendant.   :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts from the Southern and Eastern Districts of New York, I, Robert J. Dwyer, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Amy J. Mauser
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Phone: 202-895-7564
Fax: 202-237-6131

Amy J. Mauser is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Amy J. Mauser in any State or Federal court.

Dated: April 16, 2008
New York, New York

Respectfully submitted,

_____
Robert J. Dwyer (RD-6457)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
Phone: (212) 303-3524
Fax:   (212) 446-2350

Robert J. Dwyer (RD - 6457)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :
INVISTA B.V., et al.,                         :   08 CV 3063 (SHS)
                                              :
                            Plaintiffs,       :
                                              :   **AFFIDAVIT OF ROBERT J.**
        v.                                    :   **DWYER IN SUPPORT OF**
                                              :   **MOTION TO ADMIT COUNSEL**
E.I. DU PONT DE NEMOURS AND COMPANY,          :   **PRO HAC VICE**
                                              :
                            Defendant.        :
-----------------------------------------------------------x

STATE OF NEW YORK          )
                           )  ss:
COUNTY OF NEW YORK         )

   Robert J. Dwyer, being duly sworn, hereby deposes and says:

   1.   I am a member of the firm Boies, Schiller & Flexner LLP, counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Amy J. Mauser as counsel pro hac vice to represent Defendant in this matter.

   2.   I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on March 19, 1973. I am also admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Amy J. Mauser is a partner of Boies, Schiller & Flexner LLP, in Washington, DC. She is a member in good standing of the Bar of the District of Columbia. (A certified copy of Ms. Mauser's certificate of good standing in the Bar of the District of Columbia is attached hereto as Exhibit A). I have been Ms. Mauser's law partner for nearly a decade and have worked with her on many matters.

4. I have also been working with Ms. Mauser in connection with this matter. I have found Ms. Mauser to be a skilled attorney and a person of high moral character. Ms. Mauser is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Ms. Mauser, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Ms. Mauser, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Amy J. Mauser pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Respectfully submitted,

_____
Robert J. Dwyer (RD – 6457)

Sworn to before me on

April 16th, 2008

_____
NOTARY PUBLIC

WENDY A. ESPINAL
Notary Public, State of New York
No. 01ES6084904
Qualified in Queens County
Commission Expires Dec. 16, 2010

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**AMY J. MAUSER**

was on the 8TH day of JUNE, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
    Deputy Clerk

Robert J. Dwyer (RD - 6457)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
INVISTA B.V., et al.,                         :    08 CV 3063 (SHS)
                                              :
                        Plaintiffs,           :
                                              :    **ORDER FOR ADMISSION**
        v.                                    :    **PRO HAC VICE ON**
                                              :    **WRITTEN MOTION**
E.I. DU PONT DE NEMOURS AND COMPANY,          :
                                              :
                        Defendant.            :
------------------------------------------------------------x

Upon the motion of Robert J. Dwyer, attorney for Defendant E.I. DU PONT DE NEMOURS AND COMPANY and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Amy J. Mauser
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Phone Number: 202-895-7564
Fax Number: 202-237-6131
Email address: amauser@bsfllp.com

is admitted to practice pro hac vice as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008
       New York, New York

 

_____
United States District/ Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
:
INVISTA B.V., et al.,                                :
:                             08 Civ. 3063 (SHS)
                              Plaintiffs,            :
:
          -against-                                  :           **AFFIDAVIT OF SERVICE**
:
E.I. DU PONT DE NEMOURS                              :
AND COMPANY,                                         :
:
                              Defendant.             :
:
-----------------------------------------------------X

State of New York    )
                     ) ss.:
County of New York   )

    ERIN BOYLE, being duly sworn, deposes and says:

    1. I am not a party to this action and I am over 21 years of age.

    2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Defendant.

    3. On April 16, 2008 I served true copies of the annexed Motion To Admit Counsel Pro Hac Vice by depositing said copies in postage-paid, sealed envelopes in a depository under the exclusive care and custody of the United States Postal Service within the City and State of New York addressed to the following attorneys for Plaintiffs:

Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York 10178

Coley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

_____
ERIN BOYLE

Sworn to before me this
16th day of April, 2008

_____
Notary Public

JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/9/06