Robert J. Dwyer (RD - 6457)
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350



Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INVISTA B.V., et al.,

                            Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,

                            Defendant.
-----------------------------------------------------------x

08 CV 3063 (SHS)

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of Robert J. Dwyer, attorney for Defendant E.I. DU PONT DE NEMOURS AND COMPANY and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Amy J. Mauser
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Phone Number: 202-895-7564
Fax Number: 202-237-6131
Email address: amauser@bsfllp.com

is admitted to practice pro hac vice as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 4/17, 2008
New York, New York

_____
United States District/ Magistrate Judge

2