USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INVISTA B.V., INVISTA S.à r.l., INVISTA TEXTILES (U.K.), INVISTA (Nederland) B.V., INVISTA (Canada) COMPANY, INVISTA Brasil Indústria E Comércio de Fibras Ltda., INVISTA (International) S.à r.l., INVISTA NORTH AMERICA S.à r.l., and INVISTA TECHNOLOGIES S.à r.l.,

Plaintiffs,

v.

E.I. DUPONT DE NEMOURS AND COMPANY,

Defendant.

NO. 08-CV 3063 (SHS)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Robert J. Dwyer, attorney for Defendant E.I. duPont de Nemours and Company, and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

Jeffrey N. Hurwitz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5700
Fax: 215.963.5001
jhurwitz@morganlewis.com

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk.

Dated: New York, New York
April 24, 2008

United States District/Magistrate Judge