USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INVISTA B.V., INVISTA S.à r.l., INVISTA TEXTILES (U.K.), INVISTA (Nederland) B.V., INVISTA (Canada) COMPANY, INVISTA Brasil Indústria E Comércio de Fibras Ltda., INVISTA (International) S.à r.l., INVISTA NORTH AMERICA S.à r.l., and INVISTA TECHNOLOGIES S.à r.l.,

    Plaintiffs,

v.

E.I. DUPONT DE NEMOURS AND COMPANY,

    Defendant.

NO. 08-CV 3063
(Hon. Sidney H. Stein)

---

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Robert J. Dwyer, attorney for defendant E.I. duPont de Nemours and Company, and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

    Troy S. Brown
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103
    P: 215.963.5214 / F: 215.963.5001
    tsbrown@morganlewis.com

is admitted to practice *pro hac vice* as counsel for E.I. duPont de Nemours and Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk.

Dated: New York, New York
   April 24, 2008

_____
United States District/Magistrate Judge