ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

INVISTA B.V., INVISTA S.à r.l., INVISTA                    :
TEXTILES (U.K.), INVISTA (Nederland) B.V.,                :
INVISTA (Canada) COMPANY, INVISTA Brasil                   :
Indústria E Comércio de Fibras Ltda., INVISTA             :
(International) S.à r.l., INVISTA NORTH AMERICA            :        NO. 08-CV 3063
S.à r.l., and INVISTA TECHNOLOGIES S.à r.l.,              :        (Hon. Sidney H. Stein)

                               Plaintiffs,                 :

                    v.                                     :

E.I. DUPONT DE NEMOURS AND COMPANY,                        :

                               Defendant.                  :

———————————————————————

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, I, Robert J. Dwyer, a member in good standing of

the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Troy S. Brown
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103
    P: 215.963.5214
    F: 215.963.5001

APR 2 4 2008

Troy S. Brown is a member in good standing of the Bar of the Commonwealth of Pennsylvania

and the State of New Jersey.  There are no pending disciplinary proceedings against Troy S.

Brown in any State or Federal court.

Dated: New York, New York
      April 24, 2008

BOIES, SCHILLER & FLEXNER LLP

By: _____
Robert J. Dwyer, Esq. (RD-6457)
rdwyer@bsfllp.com
575 Lexington Avenue, 7th Floor
New York, NY 10022
P: 212.446.2300
F: 212.446.2350

Attorneys for Defendant
E.I duPont de Nemours & Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVISTA B.V., INVISTA S.à r.l., INVISTA TEXTILES (U.K.), INVISTA (Nederland) B.V., INVISTA (Canada) COMPANY, INVISTA Brasil Indústria E Comércio de Fibras Ltda., INVISTA (International) S.à r.l., INVISTA NORTH AMERICA S.à r.l., and INVISTA TECHNOLOGIES S.à r.l.,       Plaintiffs,     v. E.I. DUPONT DE NEMOURS AND COMPANY,       Defendant. | NO.  08-CV 3063 (Hon. Sidney H. Stein) |

**AFFIDAVIT OF ROBERT J. DWYER
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK

        :  SS.

COUNTY OF NEW YORK

ROBERT J. DWYER, being duly sworn, hereby deposes and says as follows:

1.     I am a member of the law firm of Boies, Schiller & Flexner LLP, counsel for

defendant in the above-captioned action.  I am familiar with the proceedings in this case.  I make

this statement based on my personal knowledge of the facts set forth herein and in support of

defendant's motion to admit Troy S. Brown as counsel *pro hac vice* to represent defendant in this

matter.

2.     I am a member in good standing of the Bar of the State of New York, and was

admitted to practice law on March 19, 1973.  I am also admitted to the Bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

3.      Mr. Brown is a partner at Morgan, Lewis & Bockius LLP in Philadelphia, Pennsylvania.  He is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey.  Certified copies of Mr. Brown's Certificates of Good Standing are attached hereto as Exhibit A.

4.      I have found Mr. Brown to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.      Accordingly, I am pleased to move the admission of Troy S. Brown, *pro hac vice*.

6.      I respectfully submit a proposed order granting the admission of Troy S. Brown, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Troy S. Brown, *pro hac vice*, to represent defendant in the above-captioned matter, be granted.


Dated:  New York, New York                    Respectfully submitted,
        April 23 , 2008

                                              Robert J. Dwyer (RD-6457)



Sworn to before me on April 23, 2008

Notary Public

                                KAVITHA REDDY
                         NOTARY PUBLIC-STATE OF NEW YORK
                                No. 02RE6154611
                          Qualified in New York County
                      My Commission Expires October 23, 2010



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Troy S. Brown, Esq.*

**DATE OF ADMISSION**

*November 22, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
Dated:  April 15, 2008

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **TROY S BROWN**
(No. **027061996** ) was constituted and appointed an Attorney at Law of New Jersey on **December 16, 1996** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **14TH** day of **April** , 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INVISTA B.V., INVISTA S.à r.l., INVISTA TEXTILES (U.K.), INVISTA (Nederland) B.V., INVISTA (Canada) COMPANY, INVISTA Brasil Indústria E Comércio de Fibras Ltda., INVISTA (International) S.à r.l., INVISTA NORTH AMERICA S.à r.l., and INVISTA TECHNOLOGIES S.à r.l., | |
| Plaintiffs, | NO. 08-CV 3063 (Hon. Sidney H. Stein) |
| v. | |
| E.I. DUPONT DE NEMOURS AND COMPANY, | |
| Defendant. | |

---

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Robert J. Dwyer, attorney for defendant E.I. duPont de Nemours and

Company, and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

> Troy S. Brown
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
> P: 215.963.5214 / F: 215.963.5001
> tsbrown@morganlewis.com

is admitted to practice *pro hac vice* as counsel for E.I. duPont de Nemours and Company in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk.

Dated: New York, New York
   April ___, 2008

             _____
             United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon plaintiff on April 2‡, 2008, by

mailing, first-class, postage prepaid, a true and correct copy thereof to the following:

    Benard V. Preziosi, Jr., Esq.
    Curtis, Mallet-Prevost, Colt & Mosle LLP
    101 Park Avenue
    New York, NY 10178-0061

    Harry L. Manion III, Esq.
    Cooley Manion Jones LLP
    21 Custom House Street
    Boston, MA 02110

                                      Robert J. Dwyer