**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INVISTA B.V., INVISTA S.à r.l., INVISTA
TEXTILES (U.K.), INVISTA (Nederland) B.V.,
INVISTA (Canada) COMPANY, INVISTA Brasil
Indústria E Comércio de Fibras Ltda., INVISTA
(International) S.à r.l., INVISTA NORTH AMERICA
S.à r.l., and INVISTA TECHNOLOGIES S.à r.l.,

          Plaintiffs,

v.

E.I. DUPONT DE NEMOURS AND COMPANY,

          Defendant.

NO. 08-CV 3063
(Hon. Sidney H. Stein)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

APR 2 4 2008

---

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Robert J. Dwyer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Erica Cline Blackledge
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103
    Phone number: 215.963.5149
    Fax number: 215.963.5001

Erica Cline Blackledge is a member in good standing for the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Erica Cline Blackledge in any State or Federal court.

Dated: New York, New York
      April 24, 2008

BOIES, SCHILLER & FLEXNER LLP

By: _____
Robert J. Dwyer, Esq. (Bar No. RD-6457)
575 Lexington Avenue, 7th Floor
New York, NY 10022
P: 212.446.2300
F: 212.446.2350
rdwyer@bsfllp.com


Attorneys for Defendant
E.I duPont de Nemours & Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVISTA B.V., INVISTA S.à r.l., INVISTA TEXTILES (U.K.), INVISTA (Nederland) B.V., INVISTA (Canada) COMPANY, INVISTA Brasil Indústria E Comércio de Fibras Ltda., INVISTA (International) S.à r.l., INVISTA NORTH AMERICA S.à r.l., and INVISTA TECHNOLOGIES S.à r.l., <br><br>                    Plaintiffs,<br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>                    Defendant. | NO. 08-CV 3063<br>(Hon. Sidney H. Stein)<br><br>**AFFIDAVIT OF ROBERT J. DWYER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

ROBERT J. DWYER, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Boies, Schiller & Flexner LLP, counsel for defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Erica Cline Blackledge as counsel *pro hac vice* to represent defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 19, 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Blackledge is an associate at Morgan, Lewis & Bockius LLP in Philadelphia, Pennsylvania. She is a member in good standing of the Bar of the Commonwealth of

Pennsylvania and the State of New Jersey. Certified copies of Ms. Blackledge's Certificates of Good Standing are attached hereto as Exhibit A.

4. I have found Ms. Blackledge to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Erica Cline Blackledge, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Erica Cline Blackledge, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Erica Cline Blackledge, *pro hac vice*, to represent defendant in the above-captioned matter, be granted.

Dated: New York, New York
     April 23, 2008

Respectfully submitted,

_____
Robert J. Dwyer
Bar No.

Sworn to before me on April 23, 2008

_____
Notary Public

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Erica Cline Blackledge, Esq.*

**DATE OF ADMISSION**

*November 10, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 15, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ERICA CLINE BLACKLEDGE** (No. **043442005**) was constituted and appointed an Attorney at Law of New Jersey on **December 13, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15TH** day of **April**, 20 **08**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INVISTA B.V., INVISTA S.à r.l., INVISTA
TEXTILES (U.K.), INVISTA (Nederland) B.V.,
INVISTA (Canada) COMPANY, INVISTA Brasil
Indústria E Comércio de Fibras Ltda., INVISTA
(International) S.à r.l., INVISTA NORTH AMERICA
S.à r.l., and INVISTA TECHNOLOGIES S.à r.l.,

                Plaintiffs,

v.

E.I. DUPONT DE NEMOURS AND COMPANY,

                Defendant.

NO. 08-CV 3063
(Hon. Sidney H. Stein)

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

---

     Upon the motion of Robert J. Dwyer, attorney for defendant E.I. duPont de Nemours and Company, and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

     Erica Cline Blackledge
     Morgan, Lewis & Bockius LLP
     1701 Market Street
     Philadelphia, PA 19103
     Phone number: 215.963.5149
     Fax number: 215.963.5001
     Email: eblackledge@morganlewis.com

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk.

Dated: New York, New York  
     April ___, 2008

_____  
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon plaintiff on April 24, 2008, by mailing, first-class, postage prepaid, a true and correct copy thereof to the following:

Benard V. Preziosi, Jr., Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Harry L. Manion III, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

_____
Robert J. Dwyer