# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

RECEIVED APR 28 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

April 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**By Hand**

MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

      Re:    *INVISTA B.V., et al. v. E.I. du Pont de Nemours and Company*
            08 Civ. 3063 (SHS)

Dear Judge Stein:

    We represent Defendant in the above-captioned action.

    The initial pretrial conference in this action pursuant to Fed. R. Civ. P. 16 has been scheduled for May 30, 2008 at 10:30 a.m. pursuant to your Honor's Order of April 7, 2008. I was previously scheduled to argue a summary judgment motion before Judge Pauley that morning at 11:30 a.m. in *INVISTA B.V., et ano. v. E.I. du Pont de Nemours and Company*, 07 Civ. 713 (WHP), a different dispute between the same parties to this action. I therefore request that the initial pretrial conference be adjourned to a later date. No previous request for adjournment has been made.

    I have confirmed with lead counsel for Plaintiffs that he has no objection to Defendant's request for an adjournment. However, because of his own trial schedule, we have confirmed that the next Fridays on which lead counsel for all parties can be available for the conference are July 11, July 18 and July 25, 2008. We therefore make a joint request that Your Honor adjourn the initial status conference to one of those dates.

                                    Respectfully submitted

                                    Robert J. Dwyer (RD-6457)

cc:    Counsel for Plaintiffs (By E-mail)

*Handwritten order:* The conference is moved ahead to May 7, 2008, at 2:30 p.m.

SO ORDERED 4/28/08

SIDNEY H. STEIN
U.S.D.J.

WWW.BSFLLP.COM