Benard V. Preziosi, Jr. (BP - 5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
INVISTA B.V., et al.                                        :
:
                Plaintiffs,                      :
:
         v.                                              :   08 CV 3063 (SHS)
:   **MOTION TO ADMIT COUNSEL**
:   **PRO HAC VICE**
E.I. DU PONT DE NEMOURS AND COMPANY, :
:
                Defendant.                       :
:
------------------------------------------------------------x

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Benard V. Preziosi, Jr., a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Raymond F. Geoffroy, III
        Litigation Department
        INVISTA S.à r.l.
        4123 E. 37th Street North
        Wichita, KS 67220
        Phone Number: (316) 828-1530
        Fax Number: (316) 828-1180

-2-

Raymond F. Geoffroy, III is a member in good standing of the Bars of the States of Kansas and Virginia. There are no pending disciplinary proceedings against Raymond F. Geoffroy, III in any State or Federal court.

Dated: April 30, 2008
New York, New York

Respectfully submitted,

Bernard V. Preziosi, Jr. (BP-5715)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 696-6198
Fax: (212) 697-1559

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
INVISTA B.V., et al.                                        :
                                                            :
                        Plaintiffs,                         :
                                                            :
        v.                                                  :   08 CV 3063 (SHS)
                                                            :   **AFFIDAVIT OF**
                                                            :   **BENARD V. PREZIOSI**
                                                            :   **IN SUPPORT OF MOTION**
E.I. DU PONT DE NEMOURS AND COMPANY,                        :   **TO ADMIT COUNSEL**
                                                            :   **PRO HAC VICE**
                        Defendant.                          :
                                                            :
------------------------------------------------------------x

STATE OF NEW YORK          )
                           )  ss:
COUNTY OF NEW YORK         )

BENARD V. PREZIOSI, being duly sworn, hereby deposes and says:

1.    I am a member of the firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Raymond F. Geoffroy, III as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on June 1, 1983. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Raymond F. Geoffroy is Chief Counsel of Litigation and Compliance at INVISTA S.à r.l. in Wichita, Kansas. Mr. Geoffroy is a member in good standing of the Bars of the States of Virginia and Kansas. (Certified copies of Mr. Geoffroy's certificates of good standing in the Bars of Virginia and Kansas are annexed hereto as Exhibit A and Exhibit B).

4. I have been working with Mr. Geoffroy in connection with this matter and have found him to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Mr. Geoffroy, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Mr. Geoffroy, pro hac vice, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Raymond F. Geoffroy, III pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: April 30, 2008
New York, New York

Respectfully submitted,

_____
Benard V. Preziosi, Jr. (BP-5715)

Sworn to before me on April 30, 2008

_____
NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 31-4841199
Qualified in New York County
Commission Expires Oct. 31, 2009

-2-

EXHIBIT A



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

*April 25, 2008*

## Certificate of Good Standing

This is to certify that Raymond Francis Geoffroy III is an active member of the Virginia State Bar in good standing, licensed to practice law in Virginia since December 10, 1998, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

The Virginia State Bar is the mandatory bar in Virginia, and all disciplinary actions against Virginia licensed attorneys are handled by this office. A careful search of the Virginia State Bar records has been made, and no record has been found of any public or private disciplinary sanctions imposed upon Mr. Geoffroy for misconduct as defined by the rules of professional conduct.

*Barbara S. Lanier*
Barbara Sayers Lanier
Clerk of the Disciplinary System

EXHIBIT B

Case 1:08-cv-03063-SHS    Document 25    Filed 04/30/2008    Page 7 of 12

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on October 13, 2006,

RAYMOND FRANCIS GEOFFROY, III

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 11TH day of April, 2008.

*Carol G. Green*
Clerk of the Supreme Court of Kansas

EXHIBIT C

Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
INVISTA B.V., et al.                                       :
                                                           :
                        Plaintiffs,                        :
                                                           :
          v.                                               :   08 CV 3063 (SHS)
                                                           :   **ORDER FOR ADMISSION**
E.I. DU PONT DE NEMOURS AND COMPANY,                       :   **PRO HAC VICE**
                                                           :   **ON WRITTEN MOTION**
                        Defendant.                         :
                                                           :
-----------------------------------------------------------x

Upon the motion of Benard V. Preziosi, Jr., attorney for Plaintiffs INVISTA B.V. et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Raymond F. Geoffroy, III
Litigation Department
INVISTA S.à r.l.
4123 E. 37th Street North
Wichita, KS 67220
Phone Number:  (316) 828-1530
Fax Number:  (316) 828-1180
Email Address: ray.geoffroy@invista.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

-2-

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008
      New York, New York

                                              _____
                                              United States District /Magistrate Judge

# AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Daren Hunter, being duly sworn, deposes and says:

I am over the age of eighteen years and am not a party to this action.

On April 30, 2008, I served a copy of the attached Motion To Admit Counsel Pro Hac Vice by hand upon:

>  Robert Jeffrey Dwyer
>  Boies Schiller & Flexner, LLP
>  575 Lexington Avenue
>  New York, New York  10022

_____
DAREN HUNTER

Sworn to before me this
30th day of April, 2008

_____
Notary Public

LYNN M. MOONEY
Notary Public, State of New York
No. 01MO4841073
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 20__

4568706v1