Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

INVISTA B.V., et al.

                Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,

                Defendant.

------------------------------------------------------------x

08 CV 3063 (SHS)
**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

    Upon the motion of Benard V. Preziosi, Jr., attorney for Plaintiffs INVISTA B.V. et al. and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

    Raymond F. Geoffroy, III
    Litigation Department
    INVISTA S.à r.l.
    4123 E. 37th Street North
    Wichita, KS 67220
    Phone Number: (316) 828-1530
    Fax Number: (316) 828-1180
    Email Address: ray.geoffroy@invista.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

-2-

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 5/1    , 2008
       New York, New York

_____
United States District/Magistrate Judge