Benard V. Preziosi, Jr. (BP-5715)
CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

INVISTA B.V., et al.

            Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,

           Defendant.

-----------------------------------------------------------x

08 CV 3063 (SHS)
**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Benard V. Preziosi, Jr., attorney for Plaintiffs INVISTA B.V. et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Kristin S. Westgard
Litigation Department
Koch Industries Inc.
4111 E. 37th Street North
Wichita, KS 67220
Phone Number: (316) 828-7924
Fax Number: (316) 828-8862
Email Address: Kristin. westgard@kochind.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

-2-

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 5/1, 2008
New York, New York

United States District ~~Magistrate~~ Judge