UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
INVISTA B.V., et al.,                                              :
                                                                  :
                              Plaintiffs,                         :        08 CV 3063 (SHS)
                                                                  :
                    -v-                                           :
                                                                  :        **Rule 7.1 Statement**
E.I. DU PONT DE NEMOURS AND COMPANY,                              :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------ X


     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for E.I. du Pont de Nemours and Company (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:  May 2, 2008
       New York, NY


                           **BOIES SCHILLER & FLEXNER LLP**

                           Robert J. Dwyer (RD-6457)
                           575 Lexington Avenue
                           New York, New York 10022
                           Tel.: (212) 446-2300
                           Fax: (212) 446-2350