```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INVISTA B.V., *ET AL.*,                :       08 Civ. 3063 (SHS)

                Plaintiffs,    :

-against-                              :       <u>ORDER</u>

E.I. DUPONT DE NEMOURS AND COMPANY,    :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Defendant's motion to dismiss and its answer to the complaint shall be filed on or before May 16, 2008;

      2.    Plaintiffs' response to the motion is due on or before June 20, 2008;

      3.    Defendant's reply is due on or before July 11, 2008;

      4.    The parties may file moving and opposition briefs of up to 35 pages;

      5.    Oral argument on the motion will be held on July 25, 2008, at 10:00 a.m.;

      6.    Joinder of additional parties and amended pleadings shall be filed within 30 days after disposition of the motion to dismiss;

      7.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before June 30, 2008;

-2-

        8.    Requests pursuant to Fed. R. Civ. P. 34 shall be filed on or before July 15, 2008; and

        9.    The last day for completion of fact discovery is July 15, 2009.

Dated: New York, New York
       May 8, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.