UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVISTA B.V., et. al., <br><br> Plaintiffs, <br> v. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY, <br><br> Defendant. | NO. 08-CV 3063 (SHS) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant E.I. DUPONT DE NEMOURS AND COMPANY. Please also identify me as an attorney to be noticed. I certify that I am admitted to practice in the Southern District of New York.

Dated: May 6, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Margot G. Bloom (MB 7455)
1701 Market Street
Philadelphia, PA 19102
Phone: (215) 963 1917

*Attorneys for Defendant*