```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
INVISTA B.V., et al.,                        :
                                             :
                        Plaintiffs,          :
                                             :
        v.                                   :    08 CV 3063 (SHS)
                                             :
E.I. DU PONT DE NEMOURS AND COMPANY,         :
                                             :
                        Defendant.           :
------------------------------------------------------------x

## STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for plaintiffs to answer, move against or otherwise respond to the counterclaims of defendant is hereby extended from June 5, 2008 to and including June 20, 2008. No previous request for an extension relating to this matter has been sought.

Dated: May 29, 2008
       New York, New York

CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP

By: _____
    Benard V. Preziosi, Jr. (BP-5715)
    101 Park Avenue, 35th Floor
    New York, New York 10178
    Tel.:  (212) 696-6000
    Fax:   (212) 697-1559

Attorneys for Plaintiffs

BOIES, SCHILLER & FLEXNER LLP

By: _____
    Robert J. Dwyer (RD-6457)
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel.:  (212) 446-2300
    Fax:   (212) 446-2350

Attorneys for Defendant

SO ORDERED 5/29/08

_____
United States District Judge