UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
INVISTA B.V., et al.                                         :    08 CV 3063 (SHS)
                                                             :
                                    Plaintiffs,              :
                                                             :    **NOTICE OF**
        v.                                                   :    **APPEARANCE**
                                                             :
E.I. DU PONT DE NEMOURS AND COMPANY,  :
                                                             :
                                    Defendant.               :
-----------------------------------------------------------x


TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   Enter my appearance as counsel in this case for Defendant E.I. DU PONT DE NEMOURS AND COMPANY. I certify that I am admitted to practice in the Southern District of New York.


Dated: June 2, 2008
       Albany, New York

                                      BOIES, SCHILLER & FLEXNER LLP

                                      By: _____
                                          D. Scott Bassinson (SB-0136)
                                          10 North Pearl Street
                                          Albany, NY 12207
                                          Phone: (518) 434-0600
                                          sbassinson@bsfllp.com
                                          *Attorneys for Defendant*