```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
INVISTA B.V., et al.               :
                                   :
                Plaintiffs,        :
                                   :
     v.                            :    08 CV 3063 (SHS)
                                   :
E.I. DU PONT DE NEMOURS AND COMPANY, :
                                   :
                Defendant.         :
                                   :
----------------------------------------------------------------x

## PARTIES' JOINT MOTION TO EXTEND THE DEADLINE FOR SERVING INITIAL REQUESTS PURSUANT TO FED. R. CIV. P. 34

Plaintiffs, INVISTA B.V., et. al., and Defendant, E.I. DuPont de Nemours and Company, hereby jointly move the Court for an order extending the deadline for serving their initial requests for documents pursuant to Fed.R.Civ.P. 34 ("Rule 34 requests") up to and including August 1, 2008. As grounds for this Motion, the parties state as follows:

On May 8, 2008, the Court, *inter alia,* ordered the parties in the above-captioned matter to serve their initial Rule 34 requests on or before July 15, 2008, which was the date requested jointly by the parties. The Parties are requesting a 17-day extension because they are attempting to design and agree upon a discovery protocol that will make the discovery process in this case, particularly the production of documents, as efficient and cost-effective as possible.

Neither party has previously sought an extension of time in connection with the Rule 34 requests, and this request will not affect any of the other deadlines set forth in the Court's Order of May 8, 2008.

1

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendant hereby jointly move the court for an order extending the deadline to serve their initial requests for documents pursuant to Fed.R.Civ.P. 34 up to and including August 1, 2008.

Dated: July 10, 2008
      Boston, Massachusetts

| COOLEY MANION JONES LLP | BOIES, SCHILLER & FLEXNER, LLP |
|---|---|
| By: s/ Harry L. Manion<br>Harry L. Manion III<br>Admitted *Pro Hac Vice*<br>21 Custom House Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 737-3100<br>Facsimile: (617) 737-0374<br>Email: hmanion@cmjlaw.com | By: s/ Robert J. Dwyer<br>Robert J. Dwyer (RD-6457)<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br>Email: rdwyer@bsfllp.com |
| CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>Benard V. Preziosi, Jr. (BP-5715)<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Fax: (212) 697-1559<br>E-mail: bpreziosi@curtis.com | MORGAN, LEWIS & BOCKIUS LLP<br>Troy S. Brown<br>Admitted *Pro Hac Vice*<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>Email: tsbrown@morganlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

*220412*

SO ORDERED 7/11/08

SIDNEY H. STEIN
U.S.D.J.