UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

<table>
<tr><td>INVISTA B.V., <em>ET AL.</em>,</td><td>:</td><td>08 Civ. 3063 (SHS)</td></tr>
<tr><td>            Plaintiffs,</td><td>:</td><td></td></tr>
<tr><td>    -against-</td><td>:</td><td>ORDER</td></tr>
<tr><td>E.I. DU PONT DE NEMOURS AND COMPANY,</td><td>:</td><td></td></tr>
<tr><td>           Defendant.</td><td>:</td><td></td></tr>
</table>

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the argument on defendant's motion to dismiss certain elements of plaintiffs' complaint scheduled for July 25, 2008, at 10:00 a.m. is adjourned *sine die*.

Dated: New York, New York
       July 17, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.