Scott E. Mollen, Esq.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
(212) 592-1400
*Attorneys for Plaintiffs*

**DOCUMENT ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
INVISTA B.V., et al.,              :
                                   :   Case No. 08 CV 3063 (SHS)
            Plaintiffs,            :
                                   :
      - against -                  :
                                   :   **NOTICE OF APPEARANCE**
E.I. DU PONT DE NEMOURS AND COMPANY, :
                                   :
            Defendant.             :
                                   :
-----------------------------------X

      PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby appears as counsel for Plaintiffs Invista B.V., *et al.*, in the above-captioned action, and demands that all notices and other correspondence given or required to be given to Plaintiffs in this case, be served upon the undersigned attorneys on Plaintiffs' behalf, at the address set forth below.

Dated: New York, New York
       August 27, 2008

**HERRICK, FEINSTEIN LLP**

By  s/ Scott E. Mollen
    Scott E. Mollen, Esq.
    2 Park Avenue
    New York, NY 10016
    (212) 592-1400
    smollen@herrick.com

    *Attorneys for Plaintiffs*
    *INVISTA B.V., et al*

TO:   BOIES, SCHILLER & FLEXNER, LLP     MORGAN, LEWIS & BOCKIUS LLP
      *Attorneys for Defendant*                  *Attorneys for Defendant*
      575 Lexington Avenue, 7th Floor         1701 Market Street
      New York, NY 10022                     Philadelphia, PA 19103
      (212) 446-2350                           (215) 963-5000