Scott E. Mollen, Esq.  
HERRICK, FEINSTEIN LLP  
2 Park Avenue  
New York, NY 10016  
(212) 592-1400  
*Attorneys for Plaintiffs*

**DOCUMENT ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X  
INVISTA B.V., et al.,  

           Plaintiffs,  

    - against -  

E.I. DU PONT DE NEMOURS AND COMPANY,  

           Defendant.  
------------------------------------------------X

Case No. 08 CV 3063 (SHS)

**NOTICE OF MOTION TO DISQUALIFY MORGAN, LEWIS & BOCKIUS LLP AS COUNSEL FOR DEFENDANT**

      **PLEASE TAKE NOTICE** that Plaintiffs INVISTA B.V., et al., by their attorneys Herrick, Feinstein, LLP, shall move, before the Honorable Sidney H. Stein, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York, 10007, for the entry of an Order disqualifying and precluding Morgan, Lewis & Bockius, LLP from further appearing as counsel to Defendant E.I. du Pont de Nemours and Company in this matter and for all such other relief as the Court may deem just and proper, including Plaintiffs' costs and attorneys' fees in making this motion.

      **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon this Notice of Motion, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Disqualification, the accompanying Declaration of Laurie Sahatjian, with attached exhibits, the accompanying Declaration of William Frerking, and the accompanying Declaration of Mark Holden, with attached exhibits.

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiffs hereby requests oral argument.

Dated:  New York, New York
       August 27, 2008      HERRICK, FEINSTEIN LLP
*Attorneys for Plaintiffs INVISTA B.V., et al*

By:___s/ Scott E. Mollen_____
    Scott E. Mollen
2 Park Avenue
New York, New York 10016
Telephone:  (212) 592-1400
Facsimile:  (212) 592-1500
smollen@herrick.com