UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
INVISTA B.V., et al.,                                       :   Civil Action No.
                      Plaintiffs,              :   1:08-cv-3063 (SHS)
                                                            :
  -against-                                                :
                                                            :   **NOTICE OF**
E.I. DUPONT DE NEMOURS AND COMPANY,                         :   **APPEARANCE**
                                                            :
                      Defendants.              :
                                                            :
------------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant/Counter-Claim Plaintiff E.I. Dupont De Nemours And Company. I hereby certify that I am admitted to practice pro hac vice in this proceeding pursuant to Order entered on April 17, 2008.

Dated: Washington, D.C.
        September 2, 2008

                                   **BOIES, SCHILLER & FLEXNER LLP**

                          By:   /S/ Amy J. Mauser

                               Amy J. Mauser
                               5301 Wisconsin Avenue, NW
                               Suite 800
                               Washington, D.C. 20015
                               (202) 237-2727

                               *Attorneys for*
                               *Defendant/Counter-Claim Plaintiff*