```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INVISTA B.V., *ET AL.*,                   :        08 Civ. 3063 (SHS)

                Plaintiffs,       :

    -against-                              :        <u>ORDER</u>

E.I. DU PONT DE NEMOURS AND COMPANY, :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       In light of the appointment of a discovery master in this action, defendants' motion for a protective order and to compel production of documents [70] is dismissed without prejudice.

Dated: New York, New York
       August 12, 2009

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.